# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER TABRON, et al. Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br> v.<br><br>CRAWFORD & COMPANY,<br><br>  Defendant. | Case No. 1:16-cv-0940-RWS |

## JOINT NOTICE OF SETTLEMENT

  Plaintiffs Christopher Tabron, et al., and Defendant Crawford & Company jointly notify the Court that they have reached a settlement of this lawsuit. The parties are working on the terms of the settlement agreement and will soon file a joint motion to obtain approval of the settlement and dismissal of the lawsuit with prejudice.

Respectfully submitted,

| PLAINTIFFS | DEFENDANT |
|---|---|
| By: s/ April Walter_____ <br> Edward C. Konieczny <br> Georgia Bar No. 428039 <br> ed@koniecznylaw.com <br> EDWARD C. KONIECZNY LLC <br> 230 Peachtree Street NW <br> Suite 2260 <br> Atlanta, GA 30303 <br> Telephone:  (404) 380-1430 <br> Facsimile:  (404) 382-6011 <br><br> Michael A. Starzyk (*pro hac vice*) <br> mstarzyk@starzyklaw.com <br> April Walter (*pro hac vice*) <br> awalter@starzyklaw.com <br> Megan M. Mitchell (*pro hac vice*) <br> mmitchell@starzyklaw.com <br> STARZYK & ASSOCIATES, PC <br> 10200 Grogans Mill Road, Suite 300 <br> The Woodlands, TX 77380 <br> Telephone:  (281) 364-7533 <br> Facsimile:  (281) 364-7261 | By: s/ Louisa J. Johnson_____ <br> Robert C. Stevens <br> Georgia Bar No. 680142 <br> bstevens@seyfarth.com <br> Louisa J. Johnson <br> Georgia Bar No. 391805 <br> lojohnson@seyfarth.com <br> SEYFARTH SHAW LLP <br> 1075 Peachtree Street, N.E. <br> Suite 2500 <br> Atlanta, GA  30309-3958 <br> Telephone:  (404) 885-1500 <br> Facsimile:  (404) 892-7056 |

Date:  June 27, 2016